

FILED
11/10/2025
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

QR

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| UNITED STATES OF AMERICA | Case No. |
|---|---|
| v. | |
| GIOVANNI ZETINA | Violation: Title 18, United States Code, Section 922(g)(1) |

The SPECIAL APRIL 2025 GRAND JURY charges:

On or about September 1, 2025, at Chicago, in the Northern District of Illinois, Eastern Division,

GIOVANNI ZETINA,

defendant herein, knowing that he had previously been convicted of a crime punishable by a term of imprisonment exceeding one year, did knowingly possess, in and affecting interstate commerce, a firearm, namely, a loaded Taurus GX2 nine-millimeter semi-automatic pistol bearing serial number AGM636755, and a loaded Stoeger STR-9 nine-millimeter semi-automatic handgun, bearing serial number T642920U02119, which firearm had traveled in interstate and foreign commerce prior to defendant's possession of the firearm;

In violation of Title 18, United States Code, Section 922(g)(1).

## FORFEITURE ALLEGATION

The SPECIAL APRIL 2025 GRAND JURY further alleges:

1. Upon conviction of an offense in violation of Title 18, United States Code, Section 922(g), as set forth in this Indictment, defendant shall forfeit to the United States of America any firearms and ammunition involved in and used in the offense, as provided in Title 18, United States Code, Section 924(d)(1) and Title 28, United States Code, Section 2461(c).

2. The property to be forfeited includes, but is not limited to: (1) a Taurus GX2 nine-millimeter semi-automatic pistol bearing serial number AGM636755, and associated ammunition; and (2) a Stoeger STR-9 nine-millimeter semi-automatic handgun, bearing serial number T642920U02119, and associated ammunition.

A TRUE BILL:

FOREPERSON

Signed by Christine O'Neill on behalf of the
UNITED STATES ATTORNEY